

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-24-00294-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

**ORDER**

On April 24, 2024, the Texas Department of Family and Protective Services (the "Department") filed a petition for a writ of mandamus and a motion for temporary relief, asserting that the trial court abused its discretion by issuing orders that violated Texas law and the Separation of Powers Clause of the Texas Constitution. On June 5, 2024, we issued an order requesting responses.[2]

After considering the petition, the motion, Real Party in Interest's response, and the record before us, we find that the trial court lacked any authority to issue the following orders, rendered during the permanency hearing on April 9, 2024.

- [T]he Department shall have in place a tutor for the child as recommended by the education surrogate no later than Friday, April 12th, 2024 so that the child shall pass the ninth grades in the 2023/2024 academic year. So whatever tutoring is required to get this child to pass his ninth grade year, that is what the Department is ordered to obtain. Whether it's daily, whether it's twice a day, whether it's seven days a week, the managing conservator shall provide tutoring for this child no later than April 12th, 2024 so that the child shall pass the ninth grade within the academic year of 2023/2024.

- The Department shall provide drug and alcohol treatment for the child no later than April 12th, 2024.

Because these orders violate the Separation of Powers Clause, they are void.

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D. a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] Real Party in Interest filed a responsive brief, but Respondent did not.

Accordingly, we direct the trial court to vacate these two orders rendered on April 9, 2024. We temporarily lift our stay dated April 11, 2024, issued in the related original proceeding No. 04-24-00219-CV, and in the underlying cause, for the sole purpose of allowing the trial court to vacate these provisions. The trial court is not authorized to take any other action. All other relief is denied. The writ of mandamus will issue only if the trial court fails to comply within ten days of the date of this opinion and order.

It is so **ORDERED** on June 20, 2024.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

- 2 -